**IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CRAIG D. MURPHY** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:21-cv-01624-MRH** |
| **EPIQ SYSTEMS, a.k.a EPIQ GLOBAL BUSINESS PROCESS SOLUTIONS (EPIQ), SUCCESSOR BY MERGER TO DTI A.K.A DOCUMENT TECHNOLOGIES INC., AND MORGAN, LEWIS, BOCKIUS LLP** | |
| **Defendants.** | |

**PROOF OF SERVICE**

The Plaintiff does hereby certify and according to 28 U.S.C. § 1746, that a true and correct copy of the Plaintiff's Notice of a Constitutional Question Pursuant to Fed.R.Civ. P. 5.1 and 28 U.S.C. § 2403 was served upon the United States Attorney General on April 19, 2022 by certified mail as evidenced by the attached documents.

CRAIG D. MURPHY
117 FRIENDSHIP STREET
DUQUESNE, PA 15110
412-588-4472
murphy.craig.pro@gmail.com

FILED

APR 29 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA