

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Washington DC 20530

OFFICIAL USE

| Certified Mail Fee | $3.75 |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $2.16

Total Postage and Fees
$ $5.91

Postmark Here
APR 18 2022
04/18/2022

Sent To
Merrick Garland United States Attorney General

Street and Apt. No., or PO Box No.
US Department of State
850 Pennsylvania Ave N.W.

City, State, ZIP+4
Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

## Track Another Package +

Remove ✕

**Tracking Number:** 70201290000110462270

Your item was picked up at a postal facility at 4:51 am on April 25, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ∨

## ✓ Delivered, Individual Picked Up at Postal Facility

April 25, 2022 at 4:51 am
WASHINGTON, DC 20530

**Get Updates** ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback